DEC 1 4 2017

## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Criminal No. 1:17-CR- 402 (CGLS) |
| v. | **Indictment**  OHND Case No. 5:17MJ1207 |
| **JOHN BROOKS,** | Violation: 18 U.S.C. § 1512(c)(1) [Tampering with Evidence] |
| | 1 Count |
| **Defendant.** | County of Offense:  Albany |

### THE GRAND JURY CHARGES:

#### COUNT 1
#### [Tampering with Evidence]

On or about April 29, 2017, in Albany County in the Northern District of New York, and elsewhere, the defendant, **JOHN BROOKS**, did attempt to corruptly conceal one or more objects with the intent to impair the object's availability for use in an official proceeding, that is one or more firearms he purchased on March 18 and 19, 2017, in violation of Title 18, United States Code, Section 1512(c)(1).

Dated:    December 14, 2017

A TRUE BILL.

name redacted

Grand Jury Foreperson

GRANT C. JAQUITH
Acting United States Attorney

By: _____
Joseph A. Giovannetti
Assistant United States Attorney
Bar Roll No. 520304